IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CIVIL NO. 1:CV-99-2128 |
| Plaintiff | |
| v. | |
| **6.45 ACRES OF LAND, MORE OR LESS, SITUATED IN CUMBERLAND TOWNSHIP, ADAMS COUNTY, COMMONWEALTH OF PENNSYLVANIA; HANS G. ENGGREN AND CHRISTINA A. ENGGREN, Husband and Wife, their Heirs and/or Assigns; UNKNOWN OWNERS; and UNKNOWN LESSEES,** *et al.*, | |
| Defendants | |

FILED
HARRISBURG
AUG 0 2 2006
MARY E. D'ANDREA, CLERK
Per_____ Deputy Clerk

## O R D E R

**IT IS HEREBY ORDERED THAT:**

1) The motion by the Enggrens to appoint a third and neutral arbitrator (doc. 293) is granted in part in that a neutral third arbitrator will be appointed.

2) The Honorable Donald E. Ziegler is appointed as the third and neutral arbitrator in the captioned matter.

3) The arbitration will be held in Harrisburg, Pennsylvania, on August 25, 2006 and shall commence at a time agreed upon by the arbitrators.

4) No later than ten business days from the date of arbitration, counsel for the parties shall forward to the arbitrators a reading file containing the necessary documents pertinent to a decision in this matter.

                                                            SYLVIA H. RAMBO
                                                             United States District Judge

Dated: August 2, 2006.

2